TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
OMAR NUNO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0227 GEB |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| FRANCISCO ARRELLANEZ, et al., | |
| Defendants. | |

Defendant, OMAR NUNO, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. By previous order, this matter was set for status on March 4, 2016.

2. By this stipulation, all of the undersigned defendants now move to continue the status conference until April 15, 2016, and to exclude time between March 4, 2016 and April 15, 2016 under Local Code T4.  The GOVERNMENT does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Defendant Omar Nuno was added to this case in December of 2015 and his counsel is in the process of reviewing discovery and getting up to speed in the case. In addition, the undersigned defense counsel continue to need time to review discovery, continue to conduct investigation, and to otherwise prepare for trial, or alternatively, resolution by way of written plea agreement.

1         b.     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       c.     The GOVERNMENT does not object to the continuance.

       d.     The GOVERNMENT and counsel for the defendants are working toward resolution of the case.

       g.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of March 4, 2016 and April 15, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1   IT IS SO STIPULATED.

2   Dated:  March 2, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney
3

4                                            By:     /s/ Toni White for
                                             TODD PICKLES
5                                            Assistant U.S. Attorney

6                                            For the United States

7

8   Dated:  March 2, 2016                    By:     /s/ Toni White
                                             DINA SANTOS
9
                                             For the Defendant
10                                           Jovanny Arellanes

11  Dated:  March 2, 2016                    By:     /s/ Toni White
                                             TIMOTHY E. WARRINER
12
                                             For the Defendant
13                                           Francisco Arrellanez

14
    Dated:  March 2, 2016                    By:     /s/ Toni White
15                                           RICHARD DUDEK

16                                           For the Defendant
                                             Efrain Padilla Pena
17

18  Dated:  March 2, 2016                    By:     /s/ Toni White
                                             TONI WHITE
19
                                             For the Defendant
20                                           Omar Nuno

21

22

23                              **O R D E R**

24  IT IS SO FOUND AND ORDERED.

25  Dated:  March 3, 2016

26

27  _____

28  GARLAND E. BURRELL, JR.
    Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time